Michael J. Nuñez, Esq.
Nevada Bar No. 10703
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for TRUCK INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE, a California Inter-insurance Exchange,<br><br>Plaintiff,<br><br>v.<br><br>PECETTI RANCH ESTATES, LLC, a Nevada Limited Liability company; JACIE LLC, a Nevada Limited Liability Company; JACIE PENNY CARAMELLA and JOANNE BALLARDINI, personal representatives of the estate of JACK B. CARAMELLA, deceased; VALERIE SCOTT, an individual; and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-593-BES-VPC<br><br>**STIPULATION AND ORDER DISMISSING PECETTI RANCH ESTATES, LLC, JACIE LLC, JACIE PENNY CARAMELLA AND JOANNE BALLARDINI, AND VALERIE SCOTT WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

WHEREAS plaintiff has agreed to dismiss all Defendants, PECETTI RANCH ESTATES LLC, JACIE LLC, JACIE PENNY CARAMELLA AND JOANNE BALLARDINI, AND VALERIE SCOTT from this case without prejudice to refile in State Court due to lack of federal diversity jurisdiction.

IT IS HEREBY STIPULATED AND AGREED, jointly by the parties hereto through their respective attorneys of record that the Defendant PECETTI RANCH ESTATES LLC,

JACIE LLC, JACIE PENNY CARAMELLA AND JOANNE BALLARDINI, AND VALERIE SCOTT are hereby dismissed, and that the entire matter is dismissed without prejudice, with all parties to bear their own costs and attorneys' fees incurred.

DATED: April 23, 2009

**MURCHISON & CUMMING. LLP**

By: _____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for TRUCK INSURANCE EXCHANGE

DATED: April 23, 2009

**PARSONS, BEHLE & LATIMER**

By: _____
Erik A. Christiansen, Esq.
Admitted Pro Hac Vice
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Attorneys for Defendants PECETTI RANCH ESTATES, LLC, JACIE LLC, JACIE PENNY CARAMELLA and JOANNE BALLARDINI, personal representatives of the estate of JACK B. CARAMELLA, deceased and VALERIE SCOTT

**ORDER**

Based upon the Stipulation of the parties and good cause shown,

IT IS SO ORDERED.

Dated this day 21st of September, 2009

_____
United States Magistrate Judge

J:\mjn\28410\mtn\042109(SAO)

4833-2955-2131.1

2